**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 00-6859**

───────────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

WILLIAM BOYD FINE, JR.,

Defendant - Appellant.

───────────────

Appeal from the United States District Court for the District of South Carolina, at Spartanburg. Henry M. Herlong, Jr., District Judge. (CR-93-278)

───────────────

Submitted: November 30, 2000          Decided: December 6, 2000

───────────────

Before NIEMEYER, LUTTIG, and MICHAEL, Circuit Judges.

───────────────

Dismissed by unpublished per curiam opinion.

───────────────

William Boyd Fine, Jr., Appellant Pro Se. Harold Watson Gowdy, III, OFFICE OF THE UNITED STATES ATTORNEY, Greenville, South Carolina, for Appellee.

───────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

William Boyd Fine, Jr., filed a notice of appeal seeking a review of his 1994 sentence for possession of a firearm by a convicted felon. Fine argues that this court has jurisdiction over his case pursuant to 18 U.S.C. § 3742 (1994). However, this statute governs direct criminal appeals and is unavailable to Fine, whose convictions we affirmed on direct appeal. See United States v. Fine, No. 94-5677 (4th Cir. Sept. 6, 1995) (unpublished). Accordingly, we dismiss Fine's appeal for lack of jurisdiction. To the extent Fine is seeking authorization to file a successive 28 U.S.C.A. § 2255 (West Supp. 2000), his motion is denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2